UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

RAFAEL IGNACIO GUERRERO : 
SANCHEZ, :
    Petitioner :
     :
    v. : CASE NO. 1:15-CV-2423
     :
MARY SABOL, et al., :
    Respondents :

*O R D E R*

AND NOW, this 23rd day of December, 2016, upon consideration of Petitioner's motions (Docs. 25, 26), and in accord with the accompanying memorandum opinion, it is ORDERED as follows:

(1) Petitioner's motion to reopen or reconsider (Doc. 25) is DISMISSED as moot.

(2) Petitioner's motion to enforce (Doc. 26) is GRANTED.

(3) An individualized bond hearing, pursuant to the legal requirements outlined in the accompanying memorandum opinion, shall be held before this court on Thursday, January 26, 2017, at 10:00 a.m., Courtroom Number TBD, United States Courthouse, 228 Walnut Street, Harrisburg, Pennsylvania. At this hearing, the government shall have the burden to show, by clear and convincing evidence, that Petitioner's continued detention is necessary to fulfill the purposes of the detention statute—8 U.S.C. § 1226.

(4) The court conditionally orders the appointment of counsel to represent Petitioner in this civil matter pursuant to 28 U.S.C. § 1915(e)(1). See Parham v. Johnson, 126 F.3d 454 (3d Cir. 1997); Tabron v. Grace, 6 F.3d 147 (3d Cir. 1993). If counsel cannot be found to represent the pro se Petitioner, this conditional order appointing counsel will be revoked, and Petitioner will be required to proceed in this matter without counsel.

(5)  The Clerk of Court is directed to forward a copy of this order and a copy of the accompanying memorandum opinion to the pro bono chair of the Middle District of Pennsylvania Chapter of the Federal Bar Association.

(6)  Within twenty (20) days of the date of this order, the pro bono chair of the Middle District of Pennsylvania Chapter of the Federal Bar Association shall notify the court in writing whether a volunteer attorney will enter an appearance on behalf of Petitioner.

/s/ William W. Caldwell
William W. Caldwell
United States District Judge