UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

RAFAEL IGNACIO GUERRERO :
SANCHEZ, :
    Petitioner :
     :
    v. : CASE NO. 1:15-CV-2423
     :
MARY SABOL, *et al.*, :
    Respondents :

*O R D E R*

AND NOW, this 13th day of February, 2017, in accord with the accompanying memorandum opinion, it is **ORDERED** that Petitioner shall be promptly released from detention subject to the following conditions:

    (1)  Petitioner must not violate federal, state, or local law while on release.

    (2)  Petitioner must advise the court and immigration officials in writing before making any change of residence or telephone number.

    (3)  Petitioner must appear as required, and if ordered removed pursuant to his ongoing removal proceedings, must surrender as directed for removal.

    (4)  Petitioner is placed in the custody of **Sandra Guerrero**, telephone number (702) 713-8976, who agrees to (a) supervise Petitioner, (b) use every effort to assure Petitioner's appearance at all proceedings, and (c) notify the court immediately if Petitioner violates any condition of release or is no longer in custodian's custody.

    (5)  Petitioner shall be supervised by immigration authorities while on release, and may be required as part of that supervision to report as directed to designated immigration authorities.

(6) Petitioner must:

(a) abide by the following restrictions on personal association, residence, or travel: Petitioner's travel will be restricted to the following locations where Petitioner has demonstrable family ties: **Nevada**;

(b) not possess a firearm, destructive device, or other weapon;

(c) not use or unlawfully possess a narcotic drug or other controlled substance defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

(7) Petitioner must notify the court and immigration officials with 24 hours of any arrests or contacts with law-enforcement officials, including traffic stops and questioning.

**ADVICE OF PENALTIES AND SANCTIONS**

<u>Petitioner is advised of the following penalties and sanctions</u>: violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

It is further **ORDERED** that Immigration and Customs Enforcement (ICE) shall notify the court upon Petitioner's release from detention.

/s/ William W. Caldwell  
William W. Caldwell  
United States District Judge
